UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HATEM ALI, | No.  2:15-cv-1955 MCE CKD PS (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| ALSHIFA MEDICAL GROUP, INC., et al., | |
| Defendants. | |

Plaintiff Hatem Ali is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  A settlement conference was scheduled in this matter for June 16, 2016.  However, that settlement conference was vacated after plaintiff failed to file a timely confidential settlement conference statement.  ECF No. 12.

Plaintiff is advised that the failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Local Rule 110.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the

1

1  Local Rules.  Id.  In light of plaintiff's pro se status, and in the interests of justice, the court will
2  provide plaintiff with an opportunity to show good cause for his conduct.
3       Accordingly, the court HEREBY ORDERS that within fourteen days of the date of this
4  order, plaintiff shall show cause in writing as to why this action should not be dismissed for a lack
5  of prosecution.[1]  Failure to timely file the required writing will result in a recommendation that
6  this action be dismissed for failure to prosecute.
7  Dated:  June 16, 2016

                              _____
                              CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE

BVD\ali1955.osc.dlop.ord.docx

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action he may comply with this order by filing a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2